No. 82–6810.  MASON *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 82–6825.  KINNER *v.* MORRIS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 82–6946.  FERGUSON *v.* JOHNSON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 83–22.  CITY OF ROCKFORD ET AL. *v.* KASKE ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 83–64.  ALVERO CRUZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–65.  LEASEWAY TRANSPORTATION CORP. ET AL. *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 83–71.  UNITED PARCEL SERVICE, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 83–79.  JENSEN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 83–90.  PORTSMOUTH REDEVELOPMENT AND HOUSING AUTHORITY *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–162.  NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE ET AL. *v.* AIR TRANSPORT ASSOCIATION OF AMERICA.  Ct. App. N. Y.  Certiorari denied.

No. 83–179.  POSEY *v.* SKYLINE CORP.  C. A. 7th Cir.  Certiorari denied.

No. 83–180.  SOUTHERN PACIFIC TRANSPORTATION CO. *v.* SECRETARY OF THE INTERIOR ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–184.  HODGES *v.* BOARD OF COMMISSIONERS ON GRIEVANCES AND DISCIPLINE.  Sup. Ct. S. C.  Certiorari denied.